UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET MCCUE,<br><br>       Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY and KWANGHUN CHUNG,<br><br>       Defendants. | C.A. No. 1:20-cv-11772 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, with all rights of appeal to be waived.

Respectfully Submitted,

| | |
|---|---|
| **MARGARET MCCUE**<br>By her attorneys, | **MASSACHUSETTS INSTITUTE OF TECHNOLOGY and KWANGHUN CHUNG**<br>By their attorneys, |
| /s/ Ruth O'Meara-Costello<br>Ruth O'Meara-Costello (BBO# 667566)<br>*rcostello@zalkindlaw.com*<br>Naomi R. Shatz (BBO# 677637)<br>*nshatz@zalkindlaw.com*<br>Zalkind Duncan & Bernstein LLP<br>65a Atlantic Avenue<br>Boston, MA 02110<br>(617) 742-6020 | /s/ Scott A. Roberts<br>Scott A. Roberts (BBO# 550732)<br>*sroberts@hrwlawyers.com*<br>Elizabeth Monnin-Browder (BBO# 679005)<br>*monnin-browder@hrwlawyers.com*<br>Hirsch Roberts Weinstein LLP<br>24 Federal Street, 12th Floor<br>Boston, MA 02110<br>(617) 348-4300 |

Dated:
    August 16, 2022